Nathan R. Ring
NV State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

*Attorneys for Plaintiff and the Proposed Class*
[Additional Counsel listed on signature page]

Todd L. Bice
NV State Bar No. 4534
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (CA State Bar No 131337)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*\*Pro hac vice application forthcoming*

*Attorneys for Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL ZARI, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01777<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Paul Zari and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate that MGM's time to respond to

1  the Complaint be extended from the current deadline of November 24, 2023, to and including
2  December 12, 2023. This is the first stipulation for an extension of time to file MGM's
3  responsive pleading.

4        Good cause exists to enlarge the time for MGM to respond to the Complaint.
5  Between September 21 and November 10, 2023, eleven other related actions were filed
6  against MGM in this and two other federal courts (the "Related Actions"). *See Owens v.*
7  *MGM Resorts Int'l*, No. 2:23-cv-01480 (D. Nev.); *Kirwan v. MGM Resorts Int'l*, No. 2:23-
8  cv-01481 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.);
9  *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*,
10 No. 2:23-cv-01550 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.);
11 *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Bezak v. MGM Resorts Int'l*,
12 No. 2:23-cv-01719 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826 (D. Nev.);
13 *Albrigo v. MGM Resorts Int'l*, No. 3:23-cv-01797 (S.D. Cal.); *Lassoff v. MGM Resorts Int'l,*
14 *et al.*, No. 1:23-cv-20419 (D.N.J.).

15       MGM's counsel was only recently retained and requires additional time to review,
16 investigate, and analyze the allegations in both the Complaint and the Related Actions.
17 Moreover, based on the Parties' current understanding of the claims, there are significant
18 overlaps between this action and the Related Actions. As such, additional time is required to
19 permit time to meet and confer with the various parties to the Related Actions, evaluate the
20 potential consolidation of the cases, and conserve judicial resources.

21       The Parties' request is made in good faith to enable MGM to complete an
22 investigation into Plaintiff's claims. Moreover, this case is in its infancy, and this request
23 will not prejudice any party.

24       **WHEREAS** the Parties respectfully request that the Court extend MGM's time to
25 answer, move, or otherwise respond to the Complaint from November 24, 2023, to and
26 including December 12, 2023.

27
28

| | | |
|---|---|---|
| 1 | Dated:  November 13, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | |   */s/ J. Gerard Stranch IV* |
| 5 | | Nathan R. Ring<br>NV State Bar No. 12078 |
| 6 | | **STRANCH, JENNINGS & GARVEY, PLLC** |
| 7 | | 3100 W. Charleston Boulevard, Suite 208<br>Las Vegas, NV 89102 |
| 8 | | Telephone: (725) 235-9750<br>lasvegas@stranchlaw.com |
| 9 | | J. Gerard Stranch IV (Pro Hac Vice) |
| 10 | | **STRANCH, JENNINGS & GARVEY, PLLC** |
| 11 | | The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200 |
| 12 | | Nashville, TN 37203<br>Telephone: (615) 254-8801<br>gstranch@stranchlaw.com |
| 13 | | |
| 14 | | Lynn A. Toops (Pro Hac Vice)<br>Amina A. Thomas (Pro Hac Vice) |
| 15 | | **COHEN & MALAD, LLP**<br>One Indiana Square, Suite 1400 |
| 16 | | Indianapolis, IN 46204<br>(317) 636-6481 |
| 17 | | ltoops@cohenandmalad.com<br>athomas@cohenandmalad.com |
| 18 | | *Attorneys for Plaintiff and the Proposed Class* |
| 19 | | |
| 20 | | |
| 21 | |   */s/ Todd L. Bice* |
| 22 | | Todd L. Bice<br>NV State Bar No. 4534 |
| 23 | | **PISANELLI BICE, PLLC**<br>400 S. 7th Street Suite 300 |
| 24 | | Las Vegas, NV 89101<br>Telephone: 702.214.2100 |
| 25 | | tlb@pisanellibice.com |
| 26 | | Angela C. Agrusa |
| 27 | | **DLA PIPER LLP (US)**<br>2000 Avenue of the Stars |
| 28 | | Suite 400 North Tower<br>Los Angeles, CA 90067-4735 |

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-01777

Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

**IT IS SO ORDERED:**

_____
Hon. Brenda Weksler
United States Magistrate Judge

DATED:   11/14/2023