Nathan R. Ring
NV State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

*Attorneys for Plaintiff and the Proposed Class*
[Additional Counsel listed on signature page]

Todd L. Bice
NV State Bar No. 4534
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (CA State Bar No 131337)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Pro hac vice application forthcoming*

*Attorneys for Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL ZARI, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01777<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff Paul Zari and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the

1  Complaint be extended from the current deadline of December 12, 2023 to and including
2  January 11, 2024. This is the second stipulation for an extension of time to file MGM's
3  responsive pleading. The court previously granted an extension on November 14, 2023. ECF
4  No. 14.

5  Good cause exists to enlarge the time for MGM to respond to the Complaint. There
6  are currently ten other related actions filed against MGM pending in the District of Nevada
7  (the "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.);
8  *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM*
9  *Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550
10 (D. Nev.); *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577 (D. Nev.); *Rundell v. MGM*
11 *Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719
12 (D. Nev.) *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981 (D. Nev.); *Owens v. MGM*
13 *Resorts Int'l*, No. 2:23-cv-01480 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-
14 01826. One other action is pending in the District of New Jersey. *Lassoff v. MGM Resorts*
15 *Int'l*, No. 1:23-cv-20419.

16 The parties in the Related Actions are actively preparing a joint motion to consolidate
17 the Related Actions. As such, additional time is required to permit time to meet and confer
18 with the various parties to the Related Actions and finalize the joint motion.

19 The Parties' request is made in good faith to enable the parties to finalize the joint
20 motion for consolidation and conserve judicial and party resources. Moreover, this case is
21 in its infancy, and this request will not prejudice any party.

22 **WHEREAS** the Parties respectfully request that MGM shall have until January 11,
23 2024 to answer, move, or otherwise respond to the Complaint.

24 . . .
25 . . .
26 . . .
27
28

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/Nathan R. Ring |
| 4 | | Nathan R. Ring<br>NV State Bar No. 12078 |
| 5 | | **STRANCH, JENNINGS & GARVEY, PLLC** |
| 6 | | 3100 W. Charleston Boulevard, Suite 208<br>Las Vegas, NV 89102 |
| 7 | | Telephone: (725) 235-9750<br>lasvegas@stranchlaw.com |
| 8 | | J. Gerard Stranch IV (Pro Hac Vice) |
| 9 | | **STRANCH, JENNINGS & GARVEY, PLLC** |
| 10 | | The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200 |
| 11 | | Nashville, TN 37203<br>Telephone: (615) 254-8801 |
| 12 | | gstranch@stranchlaw.com |
| 13 | | Lynn A. Toops (Pro Hac Vice)<br>Amina A. Thomas (Pro Hac Vice) |
| 14 | | **COHEN & MALAD, LLP**<br>One Indiana Square, Suite 1400 |
| 15 | | Indianapolis, IN 46204<br>(317) 636-6481 |
| 16 | | ltoops@cohenandmalad.com<br>athomas@cohenandmalad.com |
| 17 | | *Attorneys for Plaintiff and the Proposed Class* |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | /s/ Todd L. Bice |
| 22 | | Todd L. Bice<br>NV State Bar No. 4534 |
| 23 | | **PISANELLI BICE, PLLC**<br>400 S. 7th Street Suite 300 |
| 24 | | Las Vegas, NV 89101<br>Telephone: 702.214.2100 |
| 25 | | tlb@pisanellibice.com |
| 26 | | Angela C. Agrusa |
| 27 | | **DLA PIPER LLP (US)**<br>2000 Avenue of the Stars |
| 28 | | Suite 400 North Tower<br>Los Angeles, CA 90067-4735 |

Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

**IT IS SO ORDERED:**

_____
Hon. Brenda Weksler
United States Magistrate Judge

DATED:    12/12/2023