1  Nathan R. Ring
   NV State Bar No. 12078
2  **STRANCH, JENNINGS & GARVEY, PLLC**
   3100 W. Charleston Boulevard, Suite 208
3  Las Vegas, NV 89102
   Telephone: (725) 235-9750
4  lasvegas@stranchlaw.com

5  *Attorneys for Plaintiff and the Proposed Class*
   [Additional Counsel listed on signature page]
6
   Todd L. Bice
7  NV State Bar No. 4534
   **PISANELLI BICE PLLC**
8  400 S. 7th Street Suite 300
   Las Vegas, NV 89101
9  Telephone: 702.214.2100
   tlb@pisanellibice.com
10
   Angela C. Agrusa*
11 **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
12 Suite 400 North Tower
   Los Angeles, CA 90067-4735
13 Telephone: 310.595.3000
   angela.agrusa@us.dlapiper.com
14
   *\*Pro hac vice application forthcoming*
15
   *Attorneys for Defendant*
16 *MGM Resorts International*

17                    **UNITED STATES DISTRICT COURT**
                           **DISTRICT OF NEVADA**
18

19 
   PAUL ZARI, individually and on behalf of all        Case No. 2:23-cv-01777
20 others similarly situated,
                                                       **STIPULATION TO EXTEND TIME**
21                   Plaintiff,                        **TO FILE DEFENDANT'S**
                                                       **RESPONSE TO COMPLAINT**
22          v.                                         **(THIRD REQUEST)**

23 MGM RESORTS INTERNATIONAL,

24                   Defendant.

25

26         Pursuant to LR IA 6-1, Plaintiff Paul Zari and Defendant MGM Resorts International

27 ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the

28 Complaint be extended from the current deadline of January 11, 2024 to and including March

1  11, 2024. This is the third stipulation for an extension of time to file MGM's responsive
2  pleading. The court previously granted an extension on December 12, 2023. ECF No. 18.

3  Good cause exists to enlarge the time for MGM to respond to the Complaint. There
4  are currently twelve other related actions filed against MGM pending in the District of
5  Nevada (the "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481;
6  *Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Lackey v. MGM Resorts Int'l*, No. 2:23-
7  cv-01549; *Zussman v. Vici Properties Inc., et al.*, No. 2:23-cv-01537; *Terezo v. MGM*
8  *Resorts Int'l*, No. 2:23-cv-01577; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Bezak v.*
9  *MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981;
10 *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Manson v. MGM Resorts Int'l*, No. 2:23-
11 cv-01826; *Sloan v. Vici Properties Inc., et al.*, No. 2:23-cv-02042; *Righetti v. MGM Resorts*
12 *Int'l*.

13 On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated
14 putative class actions brought against MGM by individuals who allege their PII was
15 compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019
16 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1,
17 notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM*
18 *Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF 186, 188.  Plaintiffs
19 in this action have opposed this effort because the 2019 Actions involved a different threat
20 actor and different data.

21 The parties in the Related Actions are discussing this development in addition to the
22 consolidation of the Related Actions. As such, additional time is required to permit time to
23 meet and confer with the various parties to the Related Actions.

24 The Parties' request is made in good faith to enable the parties to finalize the joint
25 motion for consolidation and conserve judicial and party resources. Moreover, this case is
26 in its infancy, and this request will not prejudice any party.

27 . . .
28 . . .

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-1777
2

1     **WHEREAS** the Parties respectfully request that MGM shall have until March 11,
2 2024, to answer, move, or otherwise respond to the Complaint.

3  Dated: January 8, 2024                  Respectfully submitted,

*/s/ Nathan R. Ring*
Nathan R. Ring
NV State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: (725) 235-9750
lasvegas@stranchlaw.com

J. Gerard Stranch IV (Pro Hac Vice)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com

Lynn A. Toops (Pro Hac Vice)
Amina A. Thomas (Pro Hac Vice)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

*Attorneys for Plaintiff and the Proposed Class*

*/s/ Todd L. Bice*
Todd L. Bice, #4534
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

**IT IS SO ORDERED**

**DATED:** 5:17 pm, January 09, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**